# Exhibit 1

| Activity | Hours | Amount |
|---|---|---|
| Pre-suit Investigation | 16.4 | $ 3,527.00 |
| Research Potential Claims and Draft Class Action Complaint | 43.8 | $ 10,169.50 |
| Research and Analysis of Obtaining Default Judgment in Class Action Context | 10.9 | $ 2,497.50 |
| Analysis and Briefing on Motion to Transfer | 33.1 | $ 7,408.50 |
| Initial Discovery | 53.7 | $ 14,185.50 |
| Demand | 6.2 | $ 1,616.00 |
| Research and Briefing on Motion for Class Certification | 132 | $ 29,481.50 |
| Prepare for and Attend First Settlement Conference | 34.4 | $ 9,265.50 |
| Analyze Defendants' Document Production | 59.6 | $ 11,577.50 |
| Subpoenas to Third-Parties and Analysis of Documents Produced | 32.5 | $ 6,216.50 |
| Supplemental Discovery | 18.2 | $ 3,958.00 |
| Prepare for and Attend Second Settlement Conference | 26.5 | $ 7,002.00 |
| Discovery Disputes Caused by Defendants/Defendants' Depositions of Third-Party/Briefing and Conferences with Magistrate Regarding Same | 72.5 | $ 19,184.00 |
| Research on Punitive Damages | 10.6 | $ 2,645.50 |
| Analysis of Response in Opposition to Class Certification; Research and Briefing of Reply to Same/Prepare for and Attend Hearing on Motion for Class | 66.5 | $ 16,519.00 |
| Deposition of Plaintiff/Research, Analysis and Briefing on Defendants' Motion to Compel Deposition of Class Counsel | 65.9 | $ 15,353.50 |
| Settlement Discussions Post Deposition of Plaintiff | 3.8 | $ 893.00 |
| Research and Analysis Post-Certification (i.e., Class Notice) | 30.1 | $ 5,620.50 |
| Prepare for and Attend Third Settlement Conference | 24 | $ 6,840.00 |
| Prepare All Documents Necessary for Class Action Settlement/Extensive Correspondence with Defendants' Attorneys/Motion to Enforce Settlement and Hearings and Conferences with Magistrate on Same | 79.9 | $ 20,345.00 |